**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GREGORY HOWARD,**
         **Plaintiff,**

    **vs.**                                       **Civil Action 2:08-CV-159
Judge Marbley
Magistrate Judge King**

**U.S. DEPARTMENT OF EDUCATION,**

         **Defendant.**

<u>ORDER</u>

Plaintiff has filed an objection to the Magistrate Judge's July 16, 2008, order declining to adopt plaintiff's proposed report and recommendation. Because the order of the Magistrate Judge is neither clearly erroneous nor contrary to law, *see* 28 U.S.C. §636(b), plaintiff's objections, Doc. No. 48, are **DENIED.**

                                                    *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                                United States District Judge