IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY HOWARD,**

    Plaintiff,

  vs.                                Civil Action 2:08-CV-159
                                     Judge Marbley
                                     Magistrate Judge King

**U.S. DEPARTMENT OF EDUCATION,**

    Defendant.


## ORDER

        This Court denied plaintiff's objections to the order of the United States Magistrate Judge.  Doc. No. 49.  Plaintiff has moved for reconsideration of that denial.  Doc. No. 52.

        Nothing stated in plaintiff's motion persuades the Court that its order was erroneous.  Plaintiff's motion, Doc. No. 52, is therefore **DENIED.**


                                                  *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                          United States District Judge