IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY HOWARD,**

    **Plaintiff,**

  vs.                                              Civil Action 2:08-CV-159
                                                     Judge Marbley
                                                     Magistrate Judge King

**U.S. DEPARTMENT OF EDUCATION,**

    **Defendant.**

## ORDER

On July 30, 2008, this Court denied plaintiff's motions to reconsider orders entered by the United States Magistrate Judge. *Order,* Doc. No. 54; *Order,* Doc. No. 55.  This matter is now before the Court on plaintiff's August 1, 2008, motion to reconsider those orders.  Doc. No. 56.

In his most recent motion to reconsider, plaintiff contends that, because he filed a notice of appeal, this Court lacks jurisdiction in the action.  However, the docket does not reflect a notice of appeal filed by plaintiff, and plaintiff has not presented evidence of such filing.[1]

Under these circumstances, plaintiff's most recent motion to reconsider, Doc. No. 56, is **DENIED.**

In addition, this Court orders that Howard receive leave of the Court before filing any subsequent motions.

                                                     *s/Algenon L. Marbley*
                                                      Algenon L. Marbley
                                             United States District Judge

---

[1] Attached to plaintiff's motion to reconsider is a document captioned "28 U.S.C. §1291 Notice of Appeal, which does not appear on the docket and does not appear to have been filed.