**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**GREGORY HOWARD,**

       **Plaintiff,**

  **vs.**                                      **Civil Action 2:08-CV-159**
                                                         **Judge Marbley**
                                                         **Magistrate Judge King**

**U.S. DEPARTMENT OF EDUCATION,**
*et al.,*
       **Defendants.**


[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the September 14, 2009 Opinion and Order, the motion to reconsider [doc # 65] is GRANTED. Judgment [doc. # 62] is VACATED. This action is DISMISSED for lack of subject matter jurisdiction. Judgment is now entered for lack of subject matter jurisdiction.


Date: **September 14, 2009**                 **James Bonini, Clerk**


                                                             s/Betty L. Clark
                                                        Betty L. Clark/Deputy Clerk